THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

Index No.: 1:22-CV-105 (LEK/CFH)
Filed On: 2/4/2022

**MORRIS FAMILY INVESTMENT GROUP, LLC**

-against-

**Affidavit of Service
LLC 303**

**NY REAL ESTATE MANAGEMENT LLC, ET AL.**

STATE OF NEW YORK, COUNTY OF SUFFOLK: Tim O'Donnell, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 2/18/2022 at 4:21 PM at One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231, your deponent served the SUMMONS IN A CIVIL ACTION; COMPLAINT with the Notice required by RPAPL Section 1303, which Notice, as served, was printed on blue paper, the title of the Notice appeared to be in bold 20-point type, and the text appeared to be in bold, 14-point type, CIVIL COVER SHEET bearing Index # 1:22-CV-105 (LEK/CFH) and filed date 2/4/2022 upon NY REAL ESTATE MANAGEMENT LLC, the intended recipient, by delivering two (2) true copies to Sue Zouky, in the office of the Secretary of State of New York, duly authorized to accept such service on behalf of the intended recipient. At the time of making such service, deponent paid the Secretary of State a fee of $40.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender:         Female
Skin Color:     White
Hair Color:     Brown
Approximate Age:        53-57
Approximate Height:     5'2"- 5'4"
Approximate Weight:     140 - 150

During service of the documents, your deponent has adhered to current CDC and NYS Department of Health Guidelines.

Said service was made pursuant to Section 303 of the New York State Limited Liability Law.

Sworn to before me on 3/17/2022:

ALEX ZAMBRANO
Notary Public, State of New York
No. 01ZA6184258
Qualified in SUFFOLK County
Commission Expires 03/31/2024

Tim O'Donnell

Hasbani & Light, P.C.
450 Seventh Ave, Suite 1408
NEW YORK, NY 10123
Phone: 646-490-6677
File No. RMF2010508

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS811649F)SLP 1103468